## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

ELIZABETH DOHN,

           Petitioner

           v.

BECK N' CALL (WORKERS'
COMPENSATION APPEAL BOARD),

           Respondents

: No. 575 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.